IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00352–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DERRICK LEE SWANTZ,

      Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a five-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **December 4, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse. Therefore, it is

      **ORDERED** that the deadline for filing all motions is October 19, 2006. All responses shall be filed by October 26, 2006. A hearing on the motions, if necessary, is set for **November 2, 2006**, at 10:00 o'clock a.m. It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 3:15 o'clock p.m. on Friday, **November 17, 2006**. The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>November 15, 2006</u>.

Dated: October 10, 2006