IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00352–EWN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DERRICK LEE SWANTZ,

     Defendant.

---

## <u>AMENDED</u> ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

     This matter is set for a four-day trial to a jury of 12, plus alternates, commencing at

9:00 o'clock a.m. on Monday, **February 5, 2007**, in Courtroom A1001 of the Alfred A. Arraj

United States Courthouse.  Therefore, it is

     **ORDERED** that the deadline for filing all motions is <u>January 5, 2007</u>.  All responses shall

be filed by <u>January 12, 2007</u>.  A hearing on the motions, if necessary, is set for **January 19, 2007**,

at 10:00 o'clock a.m.  It is further

     **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m.

on Friday, **January 26, 2007**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, <u>January 24, 2007</u>.

Dated: November 14, 2006