IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: January 19, 2007

Criminal Action No. 06-cr-00352-EWN

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Patricia Davies

    Plaintiff,

v.

1.  DERRICK LEE SWANTZ,  Matthew Golla

    Defendant.

### COURTROOM MINUTES

**Motion Hearing**

**10:01 a.m.**   Court in session.

**ORDERED: 1.**   Defendant's Request for Pretrial Notice of 404(b) Evidence (#20, filed January 2, 2007), is GRANTED.

**ORDERED: 2.**   Defendant's Motion for Discovery (#21, filed January 3, 2007) is GRANTED in part and DENIED in part:
  A.   Paragraphs 1, 2, 3, 4, 5, 6, 10, and 11 are GRANTED,
  B.   Paragraphs 7, 8, 9, and 13 are DENIED,
  C.   Paragraph 12 is GRANTED in part: if the Government intends to call an informant as a witness, then the informant should be identified.

Discussion regarding possibility of disposition.

*Courtroom Minutes*
*06-cr-00352-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

**10:10 a.m.**     Court in recess.

Hearing concluded.

Total time: 00:09